SOLOMON SIMSON, Executor, etc., Respondent, *v.* LUCINA C.
SATTERLEE et al., Appellants.

THE SAME, Respondent, *v.* ADDRA E. SIMONSON, Appellant.

Where the owner of a mortgage has pledged the same as collateral
security for a debt less than the face of the mortgage, he has an interest
in the same which entitles him to bring an action for the foreclosure of
the mortgage. In such action the pledgee is a necessary party, but
it is immaterial whether, as far as the mortgagor or other parties in
interest are concerned, he is made a plaintiff or defendant.

It is within the discretion of the court of original jurisdiction whether,
upon overruling a demurrer by defendant, he shall be allowed to answer
over.

(Argued March 29, 1876 ; decided April 4, 1876.)

THIS was an action to foreclose a mortgage executed by the
defendants Satterlee to plaintiffs' testator. (Reported below,
6 Hun, 305.)   The mortgage was assigned by said testator to
defendant Martling to secure the payment of $1,000; the
mortgage itself was for $4,000.   The complaint set forth the
assignment, alleged that the debt to secure which the mort-
gage was pledged has not been paid, and prayed that out of
the proceeds of the sale the amount due thereon should first
be paid.   The defendants Satterlee demurred to the complaint
on the grounds : First. Want of capacity in plaintiff to sue.
Second. That defendant Martling should have been made
plaintiff instead of defendant.   Third. Want of facts suffi-
cient to constitute a cause of action.

The demurrer was overruled, and judgment absolute, as upon default, ordered against said defendants. *Held*, no error. The court stating the rule as above, and citing *Whitney* v. *McKinney* (7 J. Ch., 144); *Johnson* v. *Hart* (3 J. Cas., 322); *Norton* v. *Warner* (3 Edw. Ch., 106).

The other appeal presented simply questions of fact, as to which it was held that there was evidence sufficient to sustain the ruling below.

*A. Prentice* for the appellants Satterlee.

*George W. Stevens* for the appellant Simonson.

*S. F. Rawson* for the respondent.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.